UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 1:17-cv-04386-RLY-TAB |
| ) | |
| PLANNED PARENTHOOD ) | |
| ADVOCATES OF INDIANA ) | |
| AND KENTUCKY, INC., ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY WITNESS AND EXHIBITS LIST

The Plaintiff, by counsel, and pursuant to the court approved case management plan submits the following preliminary witness and exhibit list:

a. **Angela Brown (plaintiff)**
C/o Heather R. Falks
STEWART & STEWART Attorneys
931 S. Rangeline Road
Carmel, IN  46032
Tel:  (317) 846-8999
Fax:  (317) 807-3234
heatherf@getstewart.com

b. **Planned Parenthood Advocates of Indiana and Kentucky, INC. (defendant)**
C/o Rozlyn M. Fulgoni-Britton
Adriana Figueroa
FAEGRE BAKER DANIELS, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
Rozlyn.fulgoni-britton@FaegreBD.com
Adriana.figueroa@FaegreBD.com

c. **Equal Employment Opportunity Commission**
   101 W Ohio Street, Suite 1900
   Indianapolis, IN 46204
   Tel: (317) 223-7212

d. **Jessica Steinberger, Manager**
   C/o Rozlyn M. Fulgoni-Britton
   Adriana Figueroa
   FAEGRE BAKER DANIELS, LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, IN 46204
   Tel: (317) 237-0300
   Fax: (317) 237-1000
   Rozlyn.fulgoni-britton@FaegreBD.com
   Adriana.figueroa@FaegreBD.com

e. **Ronna Donaldson, VP**
   C/o Rozlyn M. Fulgoni-Britton
   Adriana Figueora
   Sarah Breslin Caldwell
   FAEGRE BAKER DANIELS, LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, IN 46204
   Tel: (317) 237-0300
   Fax: (317) 237-1000
   Rozlyn.fulgoni-britton@FaegreBD.com
   Adriana.figueroa@FaegreBD.com

f. **Forest Beely, Regional Manager**
   C/o Rozlyn M. Fulgoni-Britton
   Adriana Figueora
   Sarah Breslin Caldwell
   FAEGRE BAKER DANIELS, LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, IN 46204
   Tel: (317) 237-0300
   Fax: (317) 237-1000
   Rozlyn.fulgoni-britton@FaegreBD.com
   Adriana.figueroa@FaegreBD.com

g. **Lynn (Last Name Unknown), VP**
   C/o Rozlyn M. Fulgoni-Britton
   Adriana Figueora
   Sarah Breslin Caldwell
   FAEGRE BAKER DANIELS, LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, IN 46204

      Tel: (317) 237-0300
      Fax: (317) 237-1000
      Rozlyn.fulgoni-britton@FaegreBD.com
      Adriana.figueroa@FaegreBD.com

h. **Carrie (Last Name Unknown), Co-Worker**
   C/o Rozlyn M. Fulgoni-Britton
   Adriana Figueora
   Sarah Breslin Caldwell
   FAEGRE BAKER DANIELS, LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, IN 46204
   Tel: (317) 237-0300
   Fax: (317) 237-1000
   Rozlyn.fulgoni-britton@FaegreBD.com
   Adriana.figueroa@FaegreBD.com

i. **Human Resource Director (Name Unknown)**
   C/o Rozlyn M. Fulgoni-Britton
   Adriana Figueora
   Sarah Breslin Caldwell
   FAEGRE BAKER DANIELS, LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, IN 46204
   Tel: (317) 237-0300
   Fax: (317) 237-1000
   Rozlyn.fulgoni-britton@FaegreBD.com
   Adriana.figueroa@FaegreBD.com

j. **Joanna Gonzalez, Assistant Manager**
   C/o Rozlyn M. Fulgoni-Britton
   Adriana Figueora
   Sarah Breslin Caldwell
   FAEGRE BAKER DANIELS, LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, IN 46204
   Tel: (317) 237-0300
   Fax: (317) 237-1000
   Rozlyn.fulgoni-britton@FaegreBD.com
   Adriana.figueroa@FaegreBD.com

The Plaintiff may enter into evidence any of the following exhibits at the trial of this matter:

    a. Documents from the EEOC;

b. Documents identified in the Defendant's disclosures;

c. Documents concerning Defendant's personnel policies, procedures and practices;

d. Documents from the U.S. Department of Transportation;

e. Medical records;

f. Any other non-privileged documents relevant to the allegations in the complaint.

Respectfully,

/s/Heather R. Falks
Heather R. Falks
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN  46032
 Phone:  (317) 846-8999
 Fax:     (317) 843-1991
 E-mail: HeatherF@getstewart.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of **Plaintiff's Rule 26(a)(1) Initial Disclosures** have been served upon the following on this 3rd day of April, 2018 by way electronic mail to defense counsel via his e-mail address at  Rozlyn.fulgoni-britton@FaegreBD.com and Adriana.figueroa@FaegreBD.com.

/s/Heather R. Falks
Heather R. Falks
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN  46032
 Phone:  (317) 846-8999
 Fax:     (317) 843-1991
 E-mail: HeatherF@getstewart.com
*Counsel for Plaintiff*