UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:17-cv-04386-RLY-TAB |
| | ) |
| PLANNED PARENTHOOD ADVOCATES OF INDIANA AND KENTUCKY, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendant, improperly sued as Planned Parenthood Advocates of Indiana and Kentucky, Inc. ("PPINK"), by counsel, respectfully submits the following Preliminary Witness and Exhibit Lists.

## WITNESSES

PPINK may call any or all of the following persons as witnesses at the trial of this matter:

1. Plaintiff, Angela Brown;

2. Lynne Bunch;

3. Mindy Burns;

4. Ronna Donaldson;

5. Judi Morrison;

6. Victoria Ryan;

7. Jessica Stienbarger;

8. Plaintiff's former managers, supervisors, and co-workers;

9. Plaintiff's medical and mental health providers;

10. Any individual identified during Plaintiff's deposition, other depositions, or otherwise in discovery in this matter;

11. Any individual identified in documents produced by parties and non-parties in this matter;

12. Any individual necessary to authenticate exhibits or establish business records;

13. Any individual identified on any disclosures or witness lists filed or served by Plaintiff or any other party in this matter, including any supplements or amendments thereto;

14. Any experts retained and designated to testify by the deadline set in the parties' Case Management Plan, or as otherwise permitted by the Court; and

15. Any witnesses necessary for impeachment or rebuttal.

PPINK reserves the right to amend or supplement this list of preliminarily identified witnesses subject to the ongoing investigation of Plaintiff's claims and the pending discovery process. PPINK reserves the right to use at trial witnesses not identified above but who are subsequently identified during discovery.

## **EXHIBITS**

1. Plaintiff's employment records, including, but not limited to, Plaintiff's personnel file, disciplinary documentation, documentation relating to Plaintiff's job performance, documentation relating to Plaintiff's job duties, and documentation relating to the ending of Plaintiff's employment;

2. Documents relating to PPINK's policies, procedures, and employee handbooks and the implementation and enforcement thereof, including, but not limited to, PPINK's equal employment opportunity policy and leave of absence policy;

3. Non-privileged documents relating to the Charge of Discrimination Plaintiff filed with the Equal Employment Opportunity Commission, including without limitation the documents PPINK submitted in response to such Charge;

4. Documents relating to any FMLA leave paperwork related to Plaintiff during her employment at PPINK;

5. Documents relating to Plaintiff's medical and mental health records;

6. Documents relating to individuals who may be similarly situated to Plaintiff or who Plaintiff claims are similarly situated;

7. Documents relating to the alleged damages Plaintiff is claiming, including, but not limited to, Plaintiff's income, tax records, and employment opportunities Plaintiff has had, if any, since her employment at PPINK ended;

8. Documents produced by any party in discovery;

9. Documents any non-party produces in discovery in this matter;

10. All depositions and documents made exhibits to depositions in this matter;

11. All documents identified on any disclosures or exhibit lists filed or served by any party in this matter, including any supplements or amendments thereto;

12. All non-privileged statements, declarations, or affidavits taken by either party (or the representatives of either party) during investigation of the Complaint allegations;

13. All relevant documents subsequently identified; and

14. All documents necessary for impeachment or rebuttal.

PPINK reserves the right to amend or supplement this list of preliminarily identified exhibits subject to the ongoing investigation of Plaintiff's claims and the pending discovery

process. PPINK reserves the right to use at trial exhibits not identified above but that are subsequently identified during discovery.

Dated:  April 12, 2018

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

/s Adriana Figueroa
Rozlyn M. Fulgoni-Britton (Ind. Atty. 28574-49)
Adriana Figueroa (Ind. Atty. No. 33776-49)
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
rozlyn.fulgoni-britton@FaegreBD.com
adriana.figueroa@FaegreBD.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, the foregoing was filed electronically. Parties may access this filing through the Court's system. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Heather R. Falks
David W. Stewart
STEWART & STEWART ATTORNEYS
931 South Rangeline Road
Carmel, IL  46033
heatherf@getstewart.com
dws@getstewart.com

                                             /s Adriana Figueroa